No. 5449.—IN RE ESTATE OF EUPHENE L. VOUTOUR. DOROTHY LAVOIE, PLAINTIFF, *v.* ELIZABETH McGUIRE, DEFENDANT.

*Attempted appeal from District Court, Silver Bow County.*

(Note: Plaintiff on October 3, 1923, had judgment in the district court and defendant served and filed her notice of appeal but never filed an undertaking on appeal, and respond-

ent on December 26 filed a motion to dismiss the attempted appeal.)

Decided January 21, 1924.

PER CURIAM.—The court directs that respondent's "motion to dismiss appeal" in the above-entitled cause be stricken from the files, for the reason that this court has no jurisdiction of said cause, no appeal to this court ever having been perfected.

*Mr. John Lindsay,* for Plaintiff.